Robert M. Holley (SBN 50769)
Attorney at Law
2150 River Plaza Drive, Ste. 164
Sacramento, CA 95814
Telephone: (916)922-2111

Counsel for Austin Reed

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00450 MCE |
| Plaintiff, | ) AMENDED STIPULATION AND |
| v. | ) ORDER CONTINUING JURY TRIAL |
| AUSTIN REED, | ) |
| Defendant. | ) |

### REASONS FOR REQUEST

Counsel for both parties have been actively discussing possible resolution of this matter while at the same time preparing for jury trial. There is an evidentiary matter in this case which involves the possible presence of DNA on the weapon which is central to this prosecution. As of this point in time, the DNA is yet untested. Government counsel has been actively pursuing the testing of this evidence, however it appears that the government laboratories are somewhat backed up, and it now appears that the best way to handle the testing is to have it done by experts for the defense although it could still take a couple of months to arrive at the results. There are also

other avenues of investigation which are actively being pursued by the parties as well as the possibility of new investigation made necessary by the results of the DNA testing set forth above.  Accordingly, as set forth herein below, the parties agree to the following requested continuance of the **jury trial from Monday, July 26, 2013 at 9:00 a.m. to Monday, December 2, 2013 at 9:00 a.m., with trial confirmation on Thursday, November 7, 2013 at 9:00 a.m.,** all before the Honorable Morrison C. England, Jr.

**STIPULATION**

It is hereby stipulated by and between the parties hereto through their undersigned respective counsel as follows:

1.  By previous order, this matter was set for jury trial for Monday, August 26, 2013 at 9:00 a.m.

2.  By this stipulation, defendant **Austin Reed**, through his counsel of record **Robert M. Holley** and counsel for the government, **Olusere Olowoyeye** with the acquiescence of the undersigned government counsel, now move to continue the jury trial to **Monday, December 2, 2013 at 9:00 a.m.** and trial confirmation to Thursday, November 7, 2013 to exclude time from August 26, 2013 up to and including December 2, 2013, under local code T4.

3.  The parties agree, stipulate, and request that the Court find the following:

    a.  The parties as set forth herein below, through their respective undersigned counsel have been actively involved in resolving these evidentiary matters with the goals of possibly avoiding the necessity of a jury trial and preparing for the same.

2

      b.    Based on the above-stated findings, the ends of justice served by continuing the case, as requested, outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      c.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time period of **August 26, 2013 up to and including December 2, 2013**, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

    **Dated:  July 22, 2013**

                            */s/ Mr. Robert M. Holley*
                            **Mr. ROBERT M. HOLLEY**
                            **Counsel for Mr. Austin Reed**

1
2   **BENJAMIN B. WAGNER**
    **United States Attorney**
3
4   ***/s/ Mr. Olusere Olowoyeye (by RMH)***
    **Mr. OLUSERE OLOWOYEYE**
    **Assistant United States Attorney**
5   **Counsel for the United States**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, it is ORDERED as follows:

1) The jury trial currently set for August 26, 2013, is hereby vacated and continued to **Monday, December 2, 2013 at 9:00 a.m.** in Courtroom 7.

2) The trial confirmation hearing currently set for July 25, 2013, is hereby vacated and continued to **Thursday, November 7, 2013 at 9:00 a.m.** in Courtroom 7.

3) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from August 26, 2013 up to and including December 2, 2013, is excluded under Local Code T4 for the reasons stated in the parties' stipulation. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Date: July 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT