ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2150 River Plaza Drive, Suite 164
Sacramento, California 95833

Telephone: (916) 922-2111

Counsel for Defendant AUSTIN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AUSTIN REED,<br><br>　　　　Defendant. | Case No.: 2:12-CR-00450 MCE<br><br>STIPULATION AND ORDER VACATING TRIAL CONFIRMATION HEARING AND TRIAL DATE AND SETTING STATUS CONFERENCE |

### STIPULATION

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the previously scheduled Trial Confirmation Hearing date of January 9, 2014, and Jury Trial date of February 10, 2014 may be vacated and the matter rescheduled to the Court's regular law and motion calendar for **Thursday, February 13, 2014 at 9:00 a.m. for Status Conference**.

　　The purpose of this stipulation is to allow the defense additional time to explore a rather complex DNA issue and to allow the government responsive preparation time in connection with said issue, if necessary, as well as to allow the defense additional time to conduct further witness

1  investigation of the events at issue.  The parties agree that they may be able to provide the

2  appropriate input as to trial dates at the next appearance proposed herein.

3      The parties further stipulate and agree that the ends of justice will be served by the by the

4  granting of this request for continuance which outweigh the best interests of the public and the

5

6  defendant's right to a speedy trial and that time within which the trial of this case must be

7  commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C.

8  §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the date of the parties' stipulation of

9  January 7, 2014 up to and including the proposed status conference date of February 13, 2014.

10

11     Accordingly, the parties respectfully request that the Court adopt this proposed

12  stipulation.

13          **IT IS SO STIPULATED.**

14                                          **Respectfully submitted,**

15

16          DATED:  January 7, 2014

17                                          */s/ Robert M. Holley*
                                            **Robert M. Holley, Esq.**
18                                          **Counsel for Mr. Reed**

19
            DATED:  January 7, 2014
20
                                            */s/ Olusere Olowoyeye_(by RMH)*
21                                          **Mr. Olusere Olowoyeye, Esq.**
                                            **Assistant United States Attorney**
22                                          **Counsel for the United States**

23

24  ///

25  ///

26  ///

27  ///

28

**ORDER**

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv). The previously set dates for Trial Confirmation and Jury Trial are hereby vacated, and the matter is set on the Court's law and motion calendar for Status Conference on Thursday, February 13, 2014, at 9:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: January 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT