ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2150 River Plaza Drive, Suite 164
Sacramento, California 95833

Telephone:  (916) 922-2111

Counsel for Defendant AUSTIN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00450 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| AUSTIN REED, | |
| Defendant. | |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the previously scheduled status conference presently on the court calendar for Thursday, February 6, 2014 be vacated and continued without appearance to **Thursday, March 20, 2014 at 9:00 a.m. for Status Conference**.

The purpose of this stipulation is to allow the defense additional time to explore a rather complex DNA issue and to allow the government responsive preparation time in connection with said issue, if necessary, as well as to allow the defense additional time to conduct further witness investigation of the events at issue.  The parties agree that they may be able to provide the appropriate input as to trial dates at the next appearance proposed herein.

The parties further stipulate and agree that the ends of justice will be served by the by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the date of the parties' stipulation of January 7, 2014 up to and including the proposed status conference date of March 20, 2014.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

**DATED:  February 5, 2014**

*/s/ Robert M. Holley*_____
**Robert M. Holley, Esq.**
**Counsel for Mr. Reed**

**DATED:  February 5, 2014**

*/s/ Olusere Olowoyeye_(by RMH)*____
**Mr. Olusere Olowoyeye, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

**ORDER**

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv).

///

///

///

///

The previously set date for Status Conference of February 6, 2014 is hereby vacated, and the matter is set on the Court's law and motion calendar for Status Conference for Thursday, March 20, 2014 at 9:00 AM in Courtroom 7.

Dated: February 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT