ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2150 River Plaza Drive, Suite 164
Sacramento, California 95833

Telephone:  (916) 922-2111

Counsel for Defendant AUSTIN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AUSTIN REED,<br><br>　　　　Defendant. | Case No.: 2:12-CR-00450 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

### STIPULATION

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the previously scheduled status conference presently on the court calendar for Thursday, March 20, 2014 at 9:00 a.m. be vacated and continued without appearance to **Thursday, May 22, 2014 at 9:00 a.m. for Status Conference.**

　　The purpose of this stipulation is to allow the defense DNA expert (CJA funding approved Monday, March 17, 2014) to review the DNA discovery data and provide the defense with an opinion as to the evidentiary value of the same and to allow the government sufficient responsive preparation time in connection with said issue, as necessary.  Additional time is also requested on the ground that the defense is in the process of completing its witness investigation

particularly with regard to possible scientific evidence. The parties agree that they may be able to provide the appropriate input as to trial dates at the next appearance proposed herein.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial, and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the date of the parties' stipulation of March 18, 2014 up to and including the proposed status conference date of May 22, 2014.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

**DATED: March 18, 2014**

/s/ Robert M. Holley_____
**Robert M. Holley, Esq.**
**Counsel for Mr. Reed**

**DATED: March 18, 2014**

/s/ Olusere Olowoyeye_(by RMH)____
**Mr. Olusere Olowoyeye, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

**ORDER**

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv). The

Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.  The Court finds excludable time from the date of the parties' stipulation of March 18, 2014 up to and including the date of May 22, 2014, based on Local Code T4.  The previously set date for Status Conference of March 20, 2014 is hereby vacated, and the matter is reset on the Court's regular law and motion calendar for Status Conference for Thursday, May 22, 2014 at 9:00 a.m.

    IT IS SO ORDERED.

Dated:  March 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT